**STEFFANIE STELNICK**, SBN #290248
**Law Offices of Steffanie Stelnick**
28001 Smyth Dr., Suite 101
Valencia, CA 91355
Steffanie@StelnickLaw.com
Telephone Number  (661) 917-2224
Fax Number         (213) 289-5735
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| Z & I FARMS, a California corporation, ) | Case No. 2:23-cv-6880-WLH-PD |
| ) | |
| Plaintiff, ) | **FIRST AMENDED COMPLAINT FOR:** |
| ) | |
| vs. ) | **1) BREACH OF CONTRACT** |
| ) | |
| ONE FREIGHT LOGISTICS, INC., a ) | |
| California corporation; DOES 1-25, ) | |
| inclusive, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |
| _____ ) | |

Plaintiff, Z & I FARMS, alleges as follows:

## **PARTIES**

1.     Plaintiff Z & I FARMS ("Plaintiff") is a California corporation doing business in the Central District of California and elsewhere.

2.     ONE FREIGHT LOGISTICS, INC. ("Defendant"), is a California corporation doing business in the Central District of California and elsewhere.

3. Plaintiff is ignorant of the true names and capacities of Defendants sued herein as DOES 1 through 25, inclusive, and therefore sues those defendants by such fictitious names. Plaintiff will seek leave to amend this complaint to allege their true names and capacities when ascertained. Plaintiff is informed and believe and therein allege that each of the fictitiously named defendants are responsible in some manner for the occurrences alleged herein, and that Plaintiffs damages as herein alleged, were proximately caused by such occurrences.

4. Plaintiff is informed and believes and based thereon alleges that at all times herein mentioned, Defendants and DOES 1 through 25, inclusive, were agents, servants, employees, alter egos, superiors, successors in interest, joint venturers and/or co-conspirators of each of their co-defendants and in doing the things herein after mentioned, or acting within the course and scope of their authority of such agents, servants, employees, alter egos, superiors, successors in interest, joint venturers and/or co-conspirators with the permission and consent of their co-defendants and, consequently, each Defendant named herein, and those Defendants named herein as DOES 1 through 25, inclusive, are jointly and severally liable to Plaintiffs for the damages and harm sustained as a result of their wrongful conduct.

## VENUE

5. Venue is proper in this District pursuant to 28 U.S.C. § 1391(a) in that Defendant is "deemed to reside" in this District in that Defendant is "subject to the Court's personal jurisdiction with respect to the action in question." 28 U.S.C. § 1391(c)(2). Venue is also proper in this District pursuant to 28 U.S.C. § 1391(b) in that this District is where "a substantial part of the events or omissions giving rise to the claim occurred."

///
///
///

**SUBJECT MATTER JURISDICTION**

6. Federal question jurisdiction applies in this case pursuant to 28 U.S.C. § 1331.  Specifically, the Carriage of Goods by Sea Act ("COGSA"), 46 U.S.C. § 30701 *et seq*., governs all foreign trade contracts for the carriage of goods by sea to or from U.S. Ports.  COGSA § 13, 46 U.S.C. § 30701.

**GENERAL ALLEGATIONS**

7. On or about March 10, 2022, Plaintiff and Defendant entered into a partially written, partially oral agreement (the "Agreement").

8. The essential terms of the Agreement were as follows.  Plaintiff contracted with Defendant for Defendant to pick up 669 boxes of dried dates from Plaintiff's farm in Twentynine Palms, California and to transport them to a specified destination in the United Kingdom.

9. On or about March 15, 2022, Defendant breached the Agreement by failing to deliver to deliver the dates to the correct location in the United Kingdom and delivering them instead to France.

10. Plaintiff has performed all obligations to Defendant except those obligations Plaintiff was prevented or excused from performing.

11. Plaintiff has suffered damages proximately caused by Defendant's breach of the Agreement in an amount according to proof, but no less than $41,895, consisting of the cost of providing the dates ($13,625), packing materials ($1,500), freight expense ($4,500), truck rental expense ($1,800), importer packing material ($8,500), plus lost profits ($11,970).

**FIRST CAUSE OF ACTION FOR BREACH OF CONTRACT**

12. Plaintiff realleges and incorporates the above allegations.

13. On or about March 10, 2022, Plaintiff and Defendant entered into a partially written, partially oral agreement (the "Agreement").

14. The essential terms of the Agreement were as follows. Plaintiff contracted with Defendant for Defendant to pick up 669 boxes of dried dates from Plaintiff's farm in Twentynine Palms, California and to transport them to a specified destination in the United Kingdom.

15. On or about March 15, 2022, Defendant breached the Agreement by failing to deliver to deliver the dates to the correct location in the United Kingdom and delivering them instead to France.

16. Plaintiff has performed all obligations to Defendant except those obligations Plaintiff was prevented or excused from performing.

17. Plaintiff has suffered damages proximately caused by Defendant's breach of the Agreement in an amount according to proof, but no less than $41,895, consisting of the cost of providing the dates ($13,625), packing materials ($1,500), freight expense ($4,500), truck rental expense ($1,800), importer packing material ($8,500), plus lost profits ($11,970).

## PRAYER

Wherefore, Plaintiff prays for judgment on all causes of action against the Defendants and each of them, jointly and severally, as follows:

1. For general and special damages in an amount according to proof at time of trial;
2. For reasonable costs of suit incurred herein;
3. For such other and further relief as the court may deem proper.

Date:  September 22, 2023				Law Offices of Steffanie Stelnick


				By: _____
				      ID RA7Q6TQAEruYz7ckbhj611TQ
				         **STEFFANIE STELNICK**
				      Attorney for Plaintiff
				      Z & I FARMS

FIRST AMENDED COMPLAINT
4